# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3988

_____

United States of America,       \*

                                 \*

              Appellee,     \*

                                 \*   Appeal from the United States

      v.                       \*   District Court for the

                                 \*   Northern District of Iowa.

Larry Jackson,           \*

                                 \*   [UNPUBLISHED]

             Appellant.    \*

_____

Submitted: November 6, 2006
Filed: November 14, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Larry Jackson has filed an untimely notice of appeal (NOA) from the district court's September 26, 2005 denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. *See* Fed. R. App. P. 4(b)(1)(A) (10 days to appeal in criminal cases); *United States v. Petty*, 82 F.3d 809, 810 (8th Cir. 1996) (per curiam) (time limits for appealing in criminal cases apply to appeal from denial of § 3582(c)(2) motion). Because the NOA was due October 10, 2005, and is deemed filed October 19, *see* Fed. R. App. P. 4(c) (prison mailbox rule), it was less than thirty days late, and thus we remand to the district court to determine whether Jackson's failure to file a timely NOA was due to excusable neglect, and if so, whether the time for filing his NOA

should be extended.  *See* Fed. R. App. P. 4(b)(4); *United States v. Austin*, 217 F.3d 595, 598 (8th Cir. 2000).

_____